UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| LAKE AIR SERVICE, LLC | * | CIVIL ACTION NO. 2:17-CV-681 |
| --- | --- | --- |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| KANSAS AVIATION OF INDEPENDENCE, LLC, ET AL. | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation (Rec. Doc. 16) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the defendant's objections (Rec. Doc. 17), and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that the defendant's Motion to Dismiss for Lack of Jurisdiction (Rec. Doc. 6) is **DENIED**.

Shreveport, Louisiana, this *21* day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE